# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **DARIAN CHANEY** | **CASE NO. 2:24-CV-00052** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **JOHN S. CRAFT ET AL** | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

Before the court is a Report and Recommendation [Doc. 31] of the Magistrate Judge, recommending that Plaintiff's Motion for Leave to File Second Amended Complaint [doc. 19] be granted in part and denied in part.

The Report and Recommendation of the Magistrate Judge having been considered, and determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that Plaintiff's Motion for Leave to File Second Amended Complaint [doc. 19] is **DENIED** insofar as it attempts to state, or restate, claims against defendants Dustin Fulks and Heather Patterson in their official capacity.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Leave to File Second Amended Complaint [doc. 19] is otherwise **GRANTED**, and that Darian Chaney file into the record an amended version of the proposed complaint that excludes all claims that have already been dismissed by previous order of this court [docs. 10, 11].

**THUS DONE AND SIGNED** in Chambers on this 1st day of October, 2025.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**