**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **DARIAN CHANEY** | **:** | **DOCKET NO. 2:24-cv-00052** |
| **VERSUS** | **:** | **JUDGE JAMES D. CAIN, JR.** |
| **JOHN S. CRAFT ET AL** | **:** | **MAGISTRATE JUDGE LEBLANC** |

# ORDER

Before the court are five Motions to Compel [docs. 87, 88, 89, 94, & 95] filed by *pro se* plaintiff Darian Chaney. Through his motions, Plaintiff asks the court to compel a multitude of third parties to produce documents pursuant to numerous subpoenas allegedly issued by Plaintiff. None of the motions, however, include copies of the subpoenas; proof that they were properly served, if served at all; identification of the district where compliance is required; or any indication that the third parties have been provided notice of the motions to compel. Without proof that the subpoenas were properly served[1] or whether this is even the proper court for seeking an order to enforce the subpoenas, the court is unable to compel any listed third-party to produce documents to Plaintiff. *See* Fed. R. Civ. P. 45(d)(2)(B)(i) ("At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection."); *In re Dennis*, 330 F.3d 696, 704 (5th Cir. 2003) ("proper service requires . . . personal delivery of the subpoena"); *Strong v. Paradise*, No. 3:23-CV-2847-K, 2025 WL 1811766, at *5 (N.D. Tex. July 1, 2025) ("Without proof of proper service on each non-party entity, the Court cannot compel the non-party to comply with a subpoena under Federal Rule of Civil Procedure 45(d)(2)." (citing *Am. Fed'n of Musicians of the U.S. & Canada v. Skodam Films, LLC*, 313 F.R.D. 39, 46 (N.D. Tex. 2015))). Accordingly,

[1] *See* Fed. R. Civ. P. 45(b)(4) (proper proof of service).

**IT IS ORDERED** that Plaintiff's Motions to Compel [docs. 87, 88, 89, 94, & 95] are **DENIED**.

**THUS DONE AND SIGNED** in chambers this 10th day of September, 2026.

**THOMAS P. LEBLANC**
**UNITED STATES MAGISTRATE JUDGE**