**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **DARIAN CHANEY** | **:** | **DOCKET NO. 2:24-cv-00052** |
| **VERSUS** | **:** | **JUDGE JAMES D. CAIN, JR.** |
| **JOHN S. CRAFT, ET AL** | **:** | **MAGISTRATE JUDGE LEBLANC** |

# JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motions for Leave to File an Amended Complaint [doc. 60, 65, 69, 113] are **DENIED** in part, insofar as they attempt to state, or restate, the previously dismissed *Monell* claim against defendant John S. Craft, and, **GRANTED** in part insofar as they seek to add factual allegations to the complaint.

**IT IS FURTHER ORDERED** that Plaintiff, Darian Chaney is **ORDERED** to file into the record an amended version of the proposed complaint that excludes all claims that have already been dismissed by previous order of this Court [docs. 10, 11, 33].

**THUS DONE AND SIGNED** in chambers on this 15th day of September, 2026.

.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**